IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Kathleen McHugh, et al

Plaintiff(s)

Case No. 11-CV-724

Madison-Kipp Corporation, et al

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Michael Hayes of Varga Berger Ledsky Hayes & Casey
Attorney                    Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter.

Dated this 20th Day of October, 20 11

s/ [signature]

Name    Michael Hayes

Firm    Varga Berger Ledsky Hayes & Casey

Address 125 South Wacker Drive, Ste. 2150

City    Chicago          State IL    Zip 60606-4473

E-Mail  mhayes@vblhc.com

Phone   312-341-9830