IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KATHLEEN McHUGH and DEANNA SCHNEIDER, individually and on behalf of all persons similarly situated,<br>                              Plaintiffs,<br>v.<br><br>MADISON-KIPP CORPORATION, CONTINENTAL CASUALTY COMPANY, COLUMBIA CASUALTY COMPANY, UNITED STATES FIRE INSURANCE COMPANY and ABC INSURANCE COMPANIES 1-50,<br>                              Defendants,<br><br>—and—<br><br>MADISON-KIPP CORPORATION,<br>                              Cross-Claimant,<br>v.<br><br>CONTINENTAL CASUALTY COMPANY, COLUMBIA CASUALTY COMPANY, and UNITED STATES FIRE INSURANCE COMPANY,<br>                              Cross-Claim Defendants,<br><br>—and—<br><br>CONTINENTAL CASUALTY COMPANY and COLUMBIA CASUALTY COMPANY,<br>                              Cross-Claimants/Third-Party Plaintiffs,<br>v.<br><br>MADISON-KIPP CORPORATION,<br>                              Cross-Claim Defendants,<br>and<br>LUMBERMENS MUTUAL CASUALTY COMPANY, AMERICAN MOTORISTS INSURANCE COMPANY, and JOHN DOE INSURANCE COMPANIES 1-20,<br>                              Third-Party Defendants. | No. 11-cv-724<br><br>Hon. Barbara B. Crabb, Judge<br><br>Hon. Stephen L. Crocker, Magistrate Judge<br><br><br><br><br><br><br><br>**ORDER** |

## ORDER

This matter coming to be heard on the Joint Stipulation of Continental Casualty Company ("Continental"), Columbia Casualty Company ("Columbia"), Lumbermens Mutual Casualty Company ("Lumbermens") and American Motorists Insurance Company to dismiss Continental and Columbia's Cross-Claims against Lumbermens and American Motorists without prejudice,

IT IS ORDERED:

1. Continental and Columbia's Cross-Claims against Lumbermens and American Motorists are dismissed without prejudice;

2. The parties will bear their own costs and attorneys' fees.

_____
JUDGE

DATE: July 15, 2013

Prepared By:

Rebecca L. Ross (*admitted pro hac vice*)
James J. Sanders (*admitted pro hac vice*)
TROUTMAN SANDERS LLP
55 West Monroe Street, Suite 3000
Chicago, Illinois 60603
(312) 759-1920 (phone)
(312) 759-1939 (facsimile)