IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KATHLEEN McHUGH and
DEANNA SCHNEIDER,
Individually and on behalf of
all persons similarly situated,

                                  Plaintiffs,

      -v-                             Case No. 11-cv-724-bbc

MADISON-KIPP CORPORATION,
CONTINENTAL CASUALTY
COMPANY, COLUMBIA CASUALTY
COMPANY, and UNITED STATES FIRE
INSURANCE COMPANY,

                                  Defendants.

---

## ORDER CONCERNING PROPOSED CLASS ACTION SETTLEMENT

---

**IT IS ORDERED** that

1.    The Notice of Class Action Settlement (Exhibit 3 to the Agreement) and the Claim Form (Exhibit 6 to the Agreement) are approved;

2.    Class Counsel is directed to mail the Notice of Class Action Settlement and Claim Form to the Class on or before July 24, 2013;

3.    Class members shall have until August 23, 2013 in which to 1) submit a completed Claim Form; 2) file an objection with the Court to final approval of the settlement; or 3) opt out of the Class and forgo participation in the settlement. Class Counsel is directed to insert these deadlines in the Notice of Class Action Settlement and Claim Form before the notices are mailed to the Class;

4. On or before July 25, 2013, the Settling Defendants shall serve proper notice of the proposed settlement on the appropriate Wisconsin and federal officials in accordance with 28 U.S.C. §1715(b); and

5. A Final Approval Hearing will be held on October 28, 2013 at 1:00 p.m., at which the Court will consider the entry of the Final Approval Order (Exhibit 4 to the Agreement).

Entered this 17th day of July, 2013

BY THE COURT

Barbara B. Crabb
District Judge